LAW OFFICES OF ROBERT SPRETNAK
Robert Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702.454.4900
Fax: 702.938.1055
Email: bob@spretnak.com
Local Counsel for Plaintiffs

LAW OFFICES OF JOSHUA FRIEDMAN, P.C.
Rebecca Houlding, Esq.
1050 Seven Oaks Lane
Mamaroneck, NY 10543
Telephone: 212.308.4338
Fax: 866.731.5553
Email: rebecca@joshuafriedmanesq.com
Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

---

ANTONIO CLEMENT,                     }
                                     }
    Plaintiff,                       }     Civil Case No. 2:13 CV 685
                                     }     (MMD) (CWH)
                                     }
                                     }
VALLEY HEALTH SYSTEM, LLC            }
D/B/A SPRING VALLEY HOSPITAL MEDICAL
CENTER,

---

**UNOPPOSED MOTION TO RELIEVE ROBERT SPRETNAK
FROM ATTENDANCE AT ENE SESSION**

**NOW COMES** Plaintiff Antonio Clement, by and through counsel, and hereby moves this Honorable Court to excuse Robert Spretnak, Esq., Local Counsel for Plaintiffs, from attending the Early Neutral Evaluation session in this case, set for September 17, 2013. Joshua Friedman, Esq. of the Law Offices of Joshua Friedman will be in attendance at the session with Mr. Clement.

This will be the third mediation this firm has attended in the District of Nevada; one of the prior cases was successfully resolved, and the firm is familiar with this Court's policies and procedures.

Defendant does not oppose this motion.

Judge Foley recently granted an identical request in another matter in which counsel have appeared Pro Hac Vice, for an ENE scheduled for October 21, 2013. *See Hall et al. v. Victoria Partners,* 2:13 CV 378 JCM-PAL; docket entry 37.

**WHEREFORE**, the Plaintiff requests that the Court relieve Robert Spretnak from attendance at the Early Neutral Evaluation session scheduled for September 17, 2013.

Dated: September 3, 2013
      Mamaroneck, NY

*By:* /s/ Rebecca Houlding
Rebecca Houlding, Esq.
Law Offices of Joshua Friedman, P.C.
1050 Seven Oaks Lane
Mamaroneck, NY 10543
888-369-1119 x5
Fax: 866-731-5553
rebecca@joshuafriedmanesq.com

*Admitted Pro Hac Vice*


    /s/ Robert Spretnak
Robert Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702.454.4900
Fax: 702.938.1055
Email: bob@spretnak.com

Local Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Rebecca Houlding , hereby certify that today,  September 3, 2013, I served a copy of the foregoing Uncontested Motion to Relieve Local Counsel from Appearing at the September 17, 2013 Early Neutral Evaluation session, upon all designated recipients on the service list by filing on ECF.


*By:*  /s/ Rebecca Houlding
Rebecca Houlding

LAW OFFICES OF ROBERT SPRETNAK
Robert Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702.454.4900
Fax: 702.938.1055
Email: bob@spretnak.com
Local Counsel for Plaintiffs

LAW OFFICES OF JOSHUA FRIEDMAN, P.C.
Rebecca Houlding, Esq.
1050 Seven Oaks Lane
Mamaroneck, NY 10543
Telephone: 212.308.4338
Fax: 866.731.5553
Email: rebecca@joshuafriedmanesq.com
Admitted Pro Hac Vice

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

---

ANTONIO CLEMENT,

    Plaintiff,       Civil Case No.  2:13 CV 685 (MMD) (CWH)

VALLEY HEALTH SYSTEM, LLC
D/B/A SPRING VALLEY HOSPITAL MEDICAL CENTER,

---

### ~~PROPOSED~~ ORDER GRANTING MOTION TO RELIEVE ROBERT SPRETNAK FROM ATTENDANCE AT ENE SESSION

**WHEREAS,** upon consideration of the Plaintiffs' motion to excuse Robert Spretnak, Esq. from attendance at the Early Neutral Evaluation session in this case, this Court finds that Mr. Spretnak need not attend the ENE session.

1

2          **THEREFORE, IT IS HEREBY ORDERED** that Robert Spretnak, Esq. shall be relieved from

3    the requirement to attend the ENE session.

4          DATED this __4th__ day of __September__, 2013.

5          BY THE COURT:

6

7
8                                                          ~~U.S.D.J.~~
                                                  United States Magistrate Judge