1   LAW OFFICES OF ROBERT SPRETNAK
2   Robert Spretnak, Esq. (Bar No. 5135)
3   8275 S. Eastern Avenue, Suite 200
4   Las Vegas, NV 89123
5   Telephone: 702.454.4900
6   Fax: 702.938.1055
7   Email: bob@spretnak.com
8   Local Counsel for Plaintiffs
9
10  LAW OFFICES OF JOSHUA FRIEDMAN, P.C.
11  Rebecca Houlding, Esq.
12  1050 Seven Oaks Lane
13  Mamaroneck, NY 10543
14  Telephone: 212.308.4338
15  Fax: 866.731.5553
16  Email: rebecca@joshuafriedmanesq.com
17  Admitted Pro Hac Vice
18
19
20
21                  **UNITED STATES DISTRICT COURT**
22                      **DISTRICT OF NEVADA**
23  --------------------------------------------------------------------------------------------
24  ANTONIO CLEMENT,                               }
25
26      Plaintiff,                                 }       Civil Case No.  2:13 CV 685
27                                                         (MMD) (CWH)
28                                                 }
29
30  VALLEY HEALTH SYSTEM, LLC           }
31  D/B/A SPRING VALLEY HOSPITAL MEDICAL
32  CENTER,
33  --------------------------------------------------------------------------------------------
34
35          **UNOPPOSED MOTION TO RELIEVE ROBERT SPRETNAK**
36              **FROM ATTENDANCE AT ENE SESSION**
37
38          **NOW COMES** Plaintiff Antonio Clement, by and through counsel, and hereby moves this

39  Honorable Court to excuse Robert Spretnak, Esq., Local Counsel for Plaintiffs, from attending the

40  Early Neutral Evaluation session in this case, set for September 17, 2013.  Joshua Friedman, Esq. of the

41  Law Offices of Joshua Friedman will be in attendance at the session with Mr. Clement.

42          This will be the third mediation this firm has attended in the District of Nevada; one of the prior

43  cases was successfully resolved, and the firm is familiar with this Court's policies and procedures.

1       Defendant does not oppose this motion.

2       Judge Foley recently granted an identical request in another matter in which counsel have

3   appeared Pro Hac Vice, for an ENE scheduled for October 21, 2013. *See Hall et al. v. Victoria*

4   *Partners,* 2:13 CV 378 JCM-PAL; docket entry 37.

5       **WHEREFORE**, the Plaintiff requests that the Court relieve Robert Spretnak from attendance at

6   the Early Neutral Evaluation session scheduled for September 17, 2013.

7

8   Dated: September 3, 2013
9           Mamaroneck, NY
10

11
12                                              *By:*  /s/ Rebecca Houlding
13                                              Rebecca Houlding, Esq.
14                                              Law Offices of Joshua Friedman, P.C.
15                                              1050 Seven Oaks Lane
16                                              Mamaroneck, NY 10543
17                                              888-369-1119 x5
18                                              Fax: 866-731-5553
19                                              rebecca@joshuafriedmanesq.com
20
21                                              *Admitted Pro Hac Vice*
22
23
24                                                  /s/ Robert Spretnak
25                                              Robert Spretnak, Esq. (Bar No. 5135)
26                                              8275 S. Eastern Avenue, Suite 200
27                                              Las Vegas, NV 89123
28                                              Telephone: 702.454.4900
29                                              Fax: 702.938.1055
30                                              Email: bob@spretnak.com
31
32                                              Local Counsel for Plaintiffs
33
34

1                                **<u>CERTIFICATE OF SERVICE</u>**

2

3          I, Rebecca Houlding , hereby certify that today,  September 3, 2013, I served a copy of the

4 foregoing Uncontested Motion to Relieve Local Counsel from Appearing at the September 17, 2013

5 Early Neutral Evaluation session, upon all designated recipients on the service list by filing on ECF.

6

7

8                                         *By:*  /s/ Rebecca Houlding

9                                         Rebecca Houlding

1  LAW OFFICES OF ROBERT SPRETNAK
2  Robert Spretnak, Esq. (Bar No. 5135)
3  8275 S. Eastern Avenue, Suite 200
4  Las Vegas, NV 89123
5  Telephone: 702.454.4900
6  Fax: 702.938.1055
7  Email: bob@spretnak.com
8  Local Counsel for Plaintiffs
9
10 LAW OFFICES OF JOSHUA FRIEDMAN, P.C.
11 Rebecca Houlding, Esq.
12 1050 Seven Oaks Lane
13 Mamaroneck, NY 10543
14 Telephone: 212.308.4338
15 Fax: 866.731.5553
16 Email: rebecca@joshuafriedmanesq.com
17 Admitted Pro Hac Vice
18
19
20
21                    **UNITED STATES DISTRICT COURT**
22                        **DISTRICT OF NEVADA**
23 -----------------------------------------------------------------------------------------------------------
24 ANTONIO CLEMENT,                          }
25
26      Plaintiff,                           }        Civil Case No.  2:13 CV 685
27                                                    (MMD) (CWH)
28                                           }
29
30 VALLEY HEALTH SYSTEM, LLC                 }
31 D/B/A SPRING VALLEY HOSPITAL MEDICAL
32 CENTER,
33 -----------------------------------------------------------------------------------------------------------
34
35          ~~PROPOSED~~ **ORDER GRANTING MOTION TO**
36 **RELIEVE ROBERT SPRETNAK FROM ATTENDANCE AT ENE SESSION**
37
38      **WHEREAS,** upon consideration of the Plaintiffs' motion to excuse Robert Spretnak, Esq. from

39 attendance at the Early Neutral Evaluation session in this case, this Court finds that Mr. Spretnak need

40 not attend the ENE session.

1

2      **THEREFORE, IT IS HEREBY ORDERED** that Robert Spretnak, Esq. shall be relieved from

3   the requirement to attend the ENE session.

4      DATED this ____4th____ day of ____September____, 2013.

5      BY THE COURT:

6

7
8                                                                                      ~~U.S.D.J.~~

                                               United States Magistrate Judge