LAW OFFICES OF ROBERT SPRETNAK
Robert Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702.454.4900
Fax: 702.938.1055
Email: bob@spretnak.com
Local Counsel for Plaintiffs

LAW OFFICES OF JOSHUA FRIEDMAN, P.C.
Rebecca Houlding, Esq.
1050 Seven Oaks Lane
Mamaroneck, NY 10543
Telephone: 212.308.4338
Fax: 866.731.5553
Email: rebecca@joshuafriedmanesq.com
Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

---

| | |
|---|---|
| ANTONIO CLEMENT, | |
| Plaintiff, | Civil Case No. 2:13 CV 685 (MMD) (CWH) |
| VALLEY HEALTH SYSTEM, LLC D/B/A SPRING VALLEY HOSPITAL MEDICAL CENTER, | |

---

### MOTION FOR LEAVE TO SHARE PLAINTIFF'S EARLY NEUTRAL EVALUATION STATEMENT WITH DEFENDANT

**NOW COMES** Plaintiff Antonio Clement, by and through counsel, and hereby moves this Honorable Court for leave to share Plaintiff's Early Neutral Evaluation Statement ("ENE Statement") with Defendant in advance of the Early Neutral Evaluation session in this case, set for September 17, 2013. Joshua Friedman, Esq. of the Law Offices of Joshua Friedman will be in attendance at the session with Mr. Clement.

Judge Ferenbach's ENE Order, Docket Entry 13, prohibits the parties from sharing their ENE

Statements.

Plaintiff believes that sharing in advance much of Plaintiff's views concerning the facts, the legal analysis of Plaintiff's claims, and potential verdicts if the case is not resolved, will make the mediation session more productive. Defendant will have a better picture of Plaintiff's position, which will make the ENE session more efficient.

Plaintiff's counsel regularly shares mediation statements with opposing counsel wherever possible, and believes that it is useful.

**WHEREFORE**, the Plaintiff requests that the Court grant Plaintiff leave to share his ENE Statement with counsel for Defendant. Plaintiff does not request or require that Defendant share its ENE Statement with Plaintiff, although Plaintiff does not oppose receiving it.

Dated: September 10, 2013
      Mamaroneck, NY

*By:* /s/ Rebecca Houlding
Rebecca Houlding, Esq.
Law Offices of Joshua Friedman, P.C.
1050 Seven Oaks Lane
Mamaroneck, NY 10543
888-369-1119 x5
Fax: 866-731-5553
rebecca@joshuafriedmanesq.com

*Admitted Pro Hac Vice*


   /s/ Robert Spretnak
Robert Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702.454.4900
Fax: 702.938.1055
Email: bob@spretnak.com

Local Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Rebecca Houlding , hereby certify that today, September 10, 2013, I served a copy of the foregoing Motion for Leave to Share Plaintiff's Early Neutral Evaluation Statement with Defendant, upon all designated recipients on the service list by filing on ECF.

*By:*   /s/ Rebecca Houlding
Rebecca Houlding

LAW OFFICES OF ROBERT SPRETNAK
Robert Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702.454.4900
Fax: 702.938.1055
Email: bob@spretnak.com
Local Counsel for Plaintiffs

LAW OFFICES OF JOSHUA FRIEDMAN, P.C.
Rebecca Houlding, Esq.
1050 Seven Oaks Lane
Mamaroneck, NY 10543
Telephone: 212.308.4338
Fax: 866.731.5553
Email: rebecca@joshuafriedmanesq.com
Admitted Pro Hac Vice

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

---

| | |
|---|---|
| ANTONIO CLEMENT, | |
| Plaintiff, | Civil Case No.  2:13 CV 685 (MMD) (CWH) |
| VALLEY HEALTH SYSTEM, LLC D/B/A SPRING VALLEY HOSPITAL MEDICAL CENTER, | |

---

**PROPOSED ORDER GRANTING MOTION FOR LEAVE
TO SHARE PLAINTIFF'S EARLY NEUTRAL EVALUATION STATEMENT**

**WHEREAS,** upon consideration of the Plaintiffs' motion for leave to share Plaintiff's ENE Statement with Defendant in advance of the September 17, 2013 ENE,  this Court finds that Plaintiff may share his ENE Statement.

1     **THEREFORE, IT IS HEREBY ORDERED** that Plaintiff may share his ENE Statement with

2 Defendant. Defendant may also share its ENE statement with Plaintiff, but Defendant is not required to do so.

3     DATED this __11th__ day of __September__, 2013.

4     BY THE COURT:

5

6     _____

7     ~~U.S.D.J.~~

    United States Magistrate Judge