LAW OFFICES OF ROBERT P. SPRENTAK
Robert P. Spretnak (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Tel: 702.454.4900
Fax: 702.938.1055
bob@spretnak.com
Local Counsel for Plaintiff

LAW OFFICES OF JOSHUA FRIEDMAN PC
Rebecca Houlding
1050 Seven Oaks Lane
Mamaroneck, NY 10543
Tel: 212.308.4338
Fax: 866.731.5553
rebecca@joshuafriedmanesq.com
Counsel for Plaintiff – Pro Hac Vice

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO CLEMENT,<br><br>        Plaintiff,<br><br>v.<br><br>VALLEY HEALTH SYSTEM, LLC<br>D/B/A SPRING VALLEY HOSPITAL<br>MEDICAL<br>CENTER,<br><br>        Defendant. | Civil Case No.  2:13-cv-00685-RFB-CWH |

## UNOPPOSED MOTION FOR LEAVE TO
## APPEAR TELEPHONICALLY AT 1/14/16 HEARING ON SUMMARY JUDGMENT

     Plaintiff, Antonio Clement, by his undersigned counsel, moves this Court for an Order permitting his counsel, Rebecca Houlding, to appear telephonically at the motion hearing set for January 14, 2014 at 10:00 a.m. [dkt 89, minute order] on Defendant's Motion for Summary Judgment.

     Ms. Houlding resides in the state of New York, and requests that as a matter of

economy, she be permitted to argue the motion by telephone.

    Counsel for Defendant does not oppose this request.

    WHEREFORE, Plaintiff respectfully requests that his motion be GRANTED.

Respectfully submitted,

/s/ Rebecca Houlding

Rebecca Houlding, Esq.
*Admitted Pro Hac Vice*
Law Offices of Joshua Friedman
1050 Seven Oaks Ln.
Mamaroneck, NY 10543
Tel: (888) 369-1119 x5
Fax:  (866) 731-5553
rebecca@joshuafriedmanesq.com

  IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 7th day of January, 2016.

## CERTIFICATE OF SERVICE

**I, Rebecca Houlding,** certify that on this 5th day of January 2015, I served the foregoing motion on all counsel, by filing with the Court's ecf filing system.

                                                /s/ Rebecca Houlding
                                                Rebecca Houlding