1  WENDY MEDURA KRINCEK, ESQ., Bar # 6417
   LITTLER MENDELSON, P.C.
2  3960 Howard Hughes Parkway
   Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:      702.862.8811
   E-mail:       wkrincek@littler.com

JAMIE CHU, ESQ., Bar # 10546
LITTLER MENDELSON, P.C.
2050 Main Street, Suite 900
Irvine, CA 92614
Telephone:    949.705.3000
Fax No.:      949.724.1201
E-mail:       jchu@littler.com

Attorneys for Defendant
VALLEY HEALTH SYSTEM LLC D/B/A SPRING VALLEY
HOSPITAL MEDICAL CENTER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANTONIO CLEMENT, | CASE NO. 2:13-CV-00685-RFB-CWH |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF SETTLEMENT |
| VALLEY HEALTH SYSTEM, LLC D/B/A SPRING VALLEY HOSPITAL MEDICAL CENTER, | |
| Defendant. | |

Defendant VALLEY HEALTH SYSTEM, LLC. and Plaintiff ANTONIO CLEMENT hereby notify this Court that the parties have agreed to a resolution of this matter and are currently in the process of finalizing settlement documents.

///

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.

1  The parties anticipate filing the Stipulation for Dismissal ~~within 45 days~~. **due July 8, 2016.**

3  Dated:  May 25, 2016                               Dated:  May 25, 2016

4  Respectfully submitted,                             Respectfully submitted,

6  /s/ Rebecca Houlding, Esq.                         /s/ Wendy M. Krincek, Esq.
   REBECCA HOULDING, ESQ.                             WENDY MEDURA KRINCEK, ESQ.
7  LAW OFFICES OF JOSHUA FRIEDMAN                     JAMIE CHU, ESQ.
   P.C.                                               LITTLER MENDELSON, P.C.

8  Attorney for Plaintiff                             Attorneys for Defendant

10 Firmwide:140633678.1 069080.1038

12                                                    IT IS SO ORDERED:

14                                                    _____
15                                                    RICHARD F. BOULWARE, II
                                                      United States District Judge
16                                                    DATED this 31st day of May, 2016.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800